**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS EARL PUTNEY,<br><br>      Plaintiff,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Respondent. | Case No.: 1:13-cv-00771-JLT (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED PETITION<br><br>(Doc. 11)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding through appointed counsel with a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 26, 2013, petitioner's counsel filed a motion to extend time to file a first amended petition, citing the need to obtain documents from trial counsel as grounds therefore. (Doc. 11). In the motion, counsel requests an extension of sixty days; however, the Court grants extensions of time only in increments of thirty days. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order within which to file a first amended petition.

IT IS SO ORDERED.

Dated: **September 25, 2013**          **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE